IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MAYRA B. GUNAWAN                                           PLAINTIFF

v.                        No. 3:25-cv-265-DPM

BLESSED SACRAMENT CHURCH &
SCHOOL; MARY KAY PACE-JONES;
and AUTUMN BAKER                                          DEFENDANTS

### ORDER

I have many and deep connections with the Jones family, the Baker family, and Blessed Sacrament Church & School. My impartiality could reasonably be questioned. 28 U.S.C. § 455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2025